**BakerHostetler**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michelle R. Usitalo
direct dial: 212.847.2849
musitalo@bakerlaw.com

November 14, 2025

**VIA ECF**

Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Picard v. HSBC Bank plc, et al.,* Case No. 1:25-cv-09378-DEH

Dear Judge Ho:

We write on behalf of Irving H. Picard, as Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, the Plaintiff in this matter (the "Trustee").

We are in receipt of the November 11, 2025 letter filed by HSBC Bank USA, N.A. and HSBC Private Bank (Suisse) S.A.

While the Trustee disagrees with Defendants' characterizations of both the order and appeal, the parties' counsel have conferred and agreed that the Trustee will submit an unopposed application to Judge Beckerman seeking certification of a final judgment under Fed. R. Civ. P. 54(b). This would avoid any uncertainty and unnecessary complication.[1]

The parties respectfully request that the Court hold the Trustee's appeal, and the November 11, 2025 letter in response, in abeyance pending the Trustee's application and decision by the Bankruptcy Court.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Baker & Hostetler LLP

*Michelle Usitalo*

Michelle R. Usitalo

---

[1] The long-standing precedent of relation forward of an early appeal would apply here. *Parrish v. United States*, 605 U.S. ___ (2025).

Atlanta   Austin   Chicago   Cincinnati   Cleveland   Columbus   Dallas   Denver   Houston   Los Angeles
New York   Orange County   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington