UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Picard, | |
| Trustee, | |
| v. | |
| HSBC Bank plc, et al., | |
| Respondents. | |

25-CV-9378 (DEH)

**<u>ORDER</u>**

DALE E. HO, United States District Judge:

The above-captioned bankruptcy appeal has been assigned to me for all purposes. The appeal was docketed in the District Court in New York on November 10, 2025.

Rule 8009 of the Federal Rules of Bankruptcy Procedures ("FRBP") requires appellant to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Among other requirements, Rule 8009 provides that within 14 days after being served, the appellee may file with the bankruptcy clerk and serve on the appellant a designation of additional items to be included in the recorded. Because this matter was held in abeyance pending a final judgment in bankruptcy court, the time limits set forth in Rule 8009 are adopted as the Order of this Court with the deadline being 14 days from the date of this order.

The Court ORDERS the below briefing schedule, as proposed by the Parties:

• Trustee's Opening Brief due on April 10, 2026;

• Respondents' Opposition Brief due on June 10, 2026;

• Trustee's Reply Brief due on July 15, 2026.

Counsel are directed to review and comply with the Court's Individual Rules (available at the Court's website, https://www.nysd.uscourts.gov/hon-dale-e-ho) to the extent they are not inconsistent with the Federal Rules of Bankruptcy Procedures.

Failure to comply with this order and/or the time limits in Rules 8009 or 8018 will result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's brief (in the case of the appellee).

SO ORDERED.

Dated: February 6, 2026
New York, New York

_____
DALE E. HO
United States District Judge